UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ROY A. ACOSTA AND SCHRETTA ACOSTA, | § § § § § § § § § § § § § | |
| *Plaintiffs,* | | |
| v. | | CIVIL ACTION NO. 4:20-cv-00099 |
| JPMORGAN CHASE BANK, N.A. FKA WAMU AND FEDERAL NATIONAL MORTGAGE ASSOCIATION, | | |
| *Defendants.* | | |

CONSENT JUDGMENT

The Court, having considered the Stipulation and Motion for Entry of Consent Judgment before it signed by counsel for plaintiffs Roy A. Acosta and Schretta Acosta (Plaintiffs or Acostas) and defendants JPMorgan Chase Bank, N.A. (Chase) and Federal National Mortgage Association (Fannie Mae), is of the opinion that the relief requested should be granted.

It is therefore ORDERED, ADJUDGED, and DECREED as follows:

(a) The Texas Home Equity Note dated January 29, 2016 in the original principal amount of $150,000 bearing Acostas' signature (Note) and Texas Home Equity Security Instrument dated January 29, 2016 bearing Acostas' signature (Security Instrument) were closed in compliance with the Texas Constitution's requirements and contractual terms such that all contractual and constitutional requirements were satisfied.

(b) The Note, Security Instrument, and lien granted in the Security Instrument, including the power of sale and right to foreclose, are valid and enforceable and comply with the Texas

Constitution and other applicable law.

(c) Any purported breach of the Note or Security Instrument by Chase, Fannie Mae, LoanDepot.com, LLC, the lender, or any holder of the Note was cured within the sixtieth day after the date Acosta provided notice of the alleged breach to the lender or holder of the Note.

(d) Chase and Fannie Mae are granted a take nothing judgment on all claims asserted by Acostas in this suit.

Each party shall bear its or her own attorney's fees and costs. All relief not expressly granted is hereby denied. This is a final judgment that disposes of all parties and claims. It is so ordered this 23rd day of October, 2020.

Reed O'Connor
UNITED STATES DISTRICT JUDGE

Agreed:

*/s/ Joshua D. Gordon*
Joshua D. Gordon

ATTORNEYS FOR PLAINTIFF/COUNTER DEFENDANT ROY A. ACOSTA AND SCHRETTA ACOSTA


CANTEY HANGER LLP

*Ashley T. Parrish*
Ashley T. Parrish

ATTORNEYS FOR DEFENDANTS/ COUNTER-PLAINTIFFS JPMORGAN CHASE BANK, N.A. AND FEDERAL NATIONAL MORTGAGE ASSOCIATION